PRYOR & MANDELUP, L.L.P.
675 Old Country Road
Westbury, New York 11590
(516) 997-0999

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                 Chapter 7

SELENA J. MORRA,                          Case No.: 804-81042-cec

                                  Debtor.
-------------------------------------------------------------X
ROBERT L. PRYOR, as Chapter 7
Trustee of the Bankruptcy Estate of
Selena J. Morra,                             Adv. Pro. No.: 806-8099-cec

                                  Plaintiff,
     - against -

FIDELITY INVESTMENTS INSTITUTIONAL
SERVICES CO., INC. and
SELENA J. MORRA,

                                 Defendants.
-------------------------------------------------------------X

## AFFIDAVIT

STATE OF NEW YORK     )
                                 ) ss.:
COUNTY OF NASSAU      )

        Robert L. Pryor, being duly sworn deposes and says:

        1.     I have reviewed the Application in Support of the Pre-Fixed Motion for Summary Judgment, and the facts set forth therein.

2. To the best of my knowledge, information and belief, all of the facts set forth therein are true and correct.

                                        **/s/ Robert L. Pryor**
                                        Robert L. Pryor

Sworn to before me this
29th day of December, 2008

 **/s/ Kim D.Janicek**
Notary Public
**Kim D. Janicek**
**Notary Public, State of New York**
**No. 01-JA4806738**
**Qualified in Nassau County**
**Commission Expires on April 30, 2010**